UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRUCE INGRAHAM et al.,

                Plaintiffs,          1:17-cv-1076
                                                    (GLS/CFH)

     v.

RED CARPET HOUSING CORP.
et al.,

                Defendants.
_____

**APPEARANCES:**                    **OF COUNSEL:**

**FOR THE PLAINTIFFS:**
*Bruce Ingraham and Holly S. Ingraham*
Pro Se
247 Bleecker Street
Apt 2
Gloversville, NY 12078

**FOR THE DEFENDANTS:**

NO APPEARANCE

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

On October 19, 2017, Magistrate Judge Christian F. Hummel issued

a Report-Recommendation and Order (R&R), which recommends that the

complaint of plaintiffs *pro se* Bruce and Holly S. Ingraham be dismissed

without prejudice and that leave to file an amended complaint be granted. (Dkt. No. 12.)  Pending before the court are plaintiffs' objections to the R&R.  (Dkt. Nos. 13, 14.)[1]

Construing plaintiffs' objections liberally, they do not fault the R&R in any specific way.  (*Id.*)  Instead, the objections seem to be an attempt by plaintiffs to offer additional facts and documentation of their claims. Because the objections are "general," they merit review for clear error only. *See Almonte v. N.Y.S. Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-*6 (N.D.N.Y. Jan. 18, 2006).  After careful consideration of the R&R, the court finds no clear error and adopts the R&R, (Dkt. No. 12), in its entirety.  It is important to note that, even though the complaint is dismissed, plaintiffs are granted permission to file an amended complaint in an effort to cure the deficiencies identified in the R&R.  (*Id.* at 6-11.)  Any such amended complaint must be filed within thirty days.

Accordingly, it is hereby

---

[1] Plaintiffs' objections can also be read to request various additional relief.  For example, plaintiffs seek a "trail [sic] within 30 days," (Dkt. No. 13 at 7), and "continuis on second mostion <u>time line</u>," (Dkt. No. 14 at 1).  To the extent that plaintiffs are requesting additional time for some purpose (admittedly, it is not at all clear that plaintiffs seek any such relief), the request is denied because they have met the deadline for filing their objections to the R&R and there are no other outstanding deadlines to be extended.  And because the complaint is dismissed, the balance of the requests for relief are denied as moot.

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 12) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiffs' complaint (Dkt. No. 1) is **DISMISSED** without prejudice; and it is further

**ORDERED** that plaintiffs may file an amended complaint within thirty days of the date of this Order; and it is further

**ORDERED** that, if plaintiffs do not file an amended complaint within the time set forth above, the Clerk shall close this case without further order of the court; and it is further

**ORDERED** that the additional relief sought in plaintiffs' objections (Dkt. No. 13 at 6-7; Dkt. No. 14 at 1) is **DENIED**; and it is further

**ORDERED** that the clerk provide a copy of this Order to plaintiffs in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

November 6, 2017
Albany, New York

Gary L. Sharpe
U.S. District Judge